NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ali Zugair Aljibory,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　　　Respondents. | No. CV-13-00675-PHX-SRB<br><br>**ORDER** |

　　　　Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 1, 2013 raising two grounds for relief: 1) that his due process rights were denied when the Superior Court denied his request for an Arabic translator; and 2) that he received constitutionally ineffective assistance of trial counsel. Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on June 11, 2013. No reply was filed. On February 21, 2014, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

　　　　In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

IT IS FURTHER ORDERED denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because dismissal of the petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable and because Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

Dated this 14th day of March, 2014.

_____
Susan R. Bolton
United States District Judge